

390 North Broadway – Ste. 140 | Jericho, New York 11753
MAIN TELEPHONE: (516) 455-1500 | FACSIMILE: (631) 498-0478

DALLAS | NEW YORK | NAPLES

**May 8, 2025**

<u>**Via Email**</u>
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re: *Genius Group Limited v. LZG International. Inc., et al.*, Appeal No. 25-630;
Proposed Briefing Schedule

Dear Clerk of Court:

We represent Petitioner-Appellant Genius Group Limited ("Appellant") in the above-referenced appeal. We write pursuant to this Court's Order entered on May 7, 2025, ECF 26 ("Order"), which directed the parties to consult with the Clerk's Office regarding setting a briefing schedule, and to respectfully request that the Court adopt the Parties' proposed briefing schedule.

After conferring with Appellee's counsel, on May 6, 2025, the Parties agreed to the following proposed briefing schedule:

(i) Appellant's opening brief to be filed on or before June 26, 2025;
(ii) Appellees' responsive brief to be filed on or before August 25, 2025; and
(iii) Appellant's reply brief to be filed on or before September 24, 2025.

Further, Appellant requests that the Court schedule oral argument immediately after Appellees' Reply brief is filed, based on the Courts' availability. Appellant respectfully requests that the Court adopt the foregoing proposed briefing schedule. We thank the Court for its attention to this matter.

Respectfully submitted,
**THE BASILE LAW FIRM P.C.**
*/s/ Mark R. Basile, Esq.*
Mark R. Basile, Esq.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:          (516) 455-1500
Fax:          (631) 498-0478
Email:      mark@thebasilelawfirm.com

*Counsel for Petitioner-Appellant Genius Group Limited*