

390 North Broadway – Ste. 140 | Jericho, New York 11753
Main Telephone: (516) 455-1500 | Facsimile: (631) 498-0478

DALLAS | NEW YORK | NAPLES

July 15, 2025

<u>Via Email</u>
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:  *Genius Group Limited v. LZG International. Inc., et al.*, Appeal No. 25-630; Request for Entry of Default Against Appellee LZG International, Inc.

Dear Clerk of Court:

We represent Petitioner-Appellant Genius Group Limited ("Appellant") in the above-referenced appeal. We write pursuant to this Court's Order entered on June 4, 2025, ECF 31 ("Order"), which granted the Respondents-Appellees LZG International, Inc. ("LZG"), Michael Moe and Peter Ritz's (collectively, "Appellees") prior counsel's motion to withdraw. The Order further stated that should an attorney admitted to practice before this Court fail to file a notice of appearance on behalf of LZG by July 8, 2025, "the corporate party will be deemed in default on the appeal." *See* Order.

As is clearly reflected by the docket, substitute counsel has not appeared on behalf of the corporate entity before the expiration of the Court's July 8 deadline. As such, Appellant respectfully requests that the Court deem LZG in default of the appeal and enter a default against LZG. We thank the Court for its attention to this matter.

Respectfully submitted,
**The Basile Law Firm P.C.**
<u>/s/ Mark R. Basile, Esq.</u>
Mark R. Basile, Esq.
390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:        (516) 455-1500
Fax:        (631) 498-0478
Email:     mark@thebasilelawfirm.com

*Counsel for Petitioner-Appellant Genius Group Limited*