# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-five.

_____

Genius Group Limited,

      Petitioner - Appellant,

  v.

LZG International, Inc., Michael Thomas Moe, Peter Ritz,

      Respondents - Appellees,

VStock Transfer, LLC,

      Nominal Respondent.

_____

**ORDER**

Docket No. 25-630

      By order dated June 4, 2025, the Court relieved counsel for Appellees and stayed all filing deadlines until July 8, 2025, to allow time for Appellees to obtain new counsel. To date, no appearance has been filed on behalf of the Appellees.

      IT IS HEREBY ORDERED that the stay of the filing deadlines is lifted. The corporate party, LZG International, Inc., is deemed in default and will not be permitted to submit a brief in this matter, except by permission of the Court. Appellant's opening brief must be filed on or before August 15, 2025. Any response brief by Appellees Moe and Ritz must be filed within 60 days after Appellant's opening brief is filed. Any reply brief by Appellant must be filed within 30 days after Appellees' briefs are filed. Pro se instructional forms will be mailed to Appellees Moe and Ritz.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court

