UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| GENIUS GROUP LIMITED,<br><br>        *Petitioner-Appellant,*<br>v.<br><br>LZG INTERNATIONAL, INC., MICHAEL THOMAS MOE and PETER RITZ,<br><br>        *Respondents-Appellees.* | Appeal No. 25-630-cv<br><br>**CERTIFICATE OF SERVICE** |

I, Joseph F. Rose, Esq., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at The Basile Law Firm, P.C., counsel to Petitioner-Appellant Genius Group Limited in the above captioned matter.

2. On August 11, 2025, I served true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Petitioner-Appellant's Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz for Mootness and the exhibits attached thereto upon Respondent-Appellee Michael Thomas Moe via Federal Express Overnight Next Day Air at the address provided to this Court by Michael Thomas Moe's prior counsel: 4125 Turtle Creek Blvd., Dallas TX 75219, Tracking Number 392005901219.

3. On August 11, 2025, I served true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Petitioner-Appellant's Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz for Mootness and the exhibits attached thereto upon Respondent-Appellee Peter Ritz via Federal Express Overnight Next Day Air at the address provided to this Court by Peter Ritz's prior counsel: 1230 Wrack Rd., Rydal, PA 19046, Tracking Number 392005810817.

4. On August 11, 2025, I served true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Petitioner-Appellant's Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz for Mootness and the exhibits attached thereto upon Respondent-Appellee LZG International, Inc. via Federal Express Overnight Next Day Air at the address provided to this Court by LZG International, Inc.'s prior counsel: 1230 Wrack Rd., Rydal, PA 19046, Tracking Number 392005707325.

5. The receipt containing the Federal Express tracking numbers is attached hereto as **Exhibit 1**.

6. On August 12, 2025, I served true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Petitioner-Appellant's Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz for Mootness and the exhibits attached thereto upon Michael Thomas Moe via electronic mail at the email address provided to our office by Respondents-Appellees' prior counsel: mm@gsv.com.

7. On August 12, 2025, I served true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Petitioner-Appellant's Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz for Mootness and the exhibits attached thereto upon Peter Ritz via electronic mail at the email address provided to our office by Respondents-Appellees' prior counsel: peter.ritz@fatbrain.io.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2025.

*[signature]*

Joseph F. Rose, Esq.

# EXHIBIT 1



## FedEx Office

Address: 25 NEWBRIDGE RD
HICKSVILLE
NY 11801
Location: GLQK
Device ID: -BTC01
Transaction: 940407233080

**FedEx Priority Overnight**
Tracking Number:
392005707325   1.55 lb (M)   43.03
    Declared Value   10
Recipient Address:
    LZG International, Inc.
    1230 Wrack Rd
    Rydal, PA 19046
    0000000000

Scheduled Delivery Date 08/12/2025

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

**FedEx Priority Overnight**
Tracking Number:
392005810817   1.35 lb (M)   43.03
    Declared Value   10
Recipient Address:
    Peter Ritz
    1230 Wrack Rd
    Rydal, PA 19046
    0000000000

Scheduled Delivery Date 08/12/2025

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

FedEx Priority Overnight
Tracking Number:
392005901219     1.55 lb (M)        106.50
    Declared Value    10
Recipient Address:
    Michael Thomas Moe
    4125 TURTLE CREEK BLVD
    DALLAS, TX 75219-3118
    0000000000

Scheduled Delivery Date 08/12/2025

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

                Shipment subtotal:     $192.56

                       Total Due:      $192.56


                FedEx SENDER Account
                      *****6444



            M = Weight entered manually
            S = Weight read from scale
            T = Taxable item

Terms and conditions apply, including terms that limit
FedEx's liability. The estimated shipping charge
may be different than the actual charges for your
shipment Differences may occur based on actual weight,
dimensions and other factors. Shipment-related terms
and conditions and details on how shipping charges
are calculated are available upon request or at
fedex.com/serviceguide.

            Visit us at: fedex.com
            Or call 1.800.GoFedEx
                1.800.463.3339

            Aug 11, 2025 5:05:33 PM

# EXHIBIT 2

| | |
|---:|:---|
| From: | **Joe Rose** joe@thebasilelawfirm.com |
| Subject: | Genius Group Limited v. LZG International, Inc. et. al. - Appeal No. 25-630: Notice of Motion for Leave to File Under Seal and Motion to Dismiss Respondents-Appellees for Mootness |
| Date: | August 12, 2025 at 11:30 AM |
| To: | mm@gsv.com |
| Cc: | Mark R. Basile, Esq. mark@thebasilelawfirm.com |

Mr. Moe,

Our office represents Petitioner-Appellant Genius Group Limited in the matter before the United States Court of Appeals for the Second Circuit titled *Genius Group Limited v. LZG International, Inc., et. al.*, Appeal No. 25-630.  This correspondence provides you notice of the filing of Genius Group Limited's Motion for Leave to File its Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz under Seal. Please see the attached documents which contain true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Motion to Dismiss Respondents-Appellees Peter Ritz and Michael Thomas Moe for Mootness and the exhibits attached thereto.

Thank you,

Joseph F. Rose, Esq.



_____

--
**Joseph F. Rose, Esq.**  |  Attorney  |  The Basile Law Firm P.C.
Main: 516-455-1500  |  Direct: 516-455-1500; Ext. 116  |  Fax: 631-498-0478
E-mail: joe@thebasilelawfirm.com  |  LinkedIn  |  Website: www.thebasilelawfirm.com
New York Office: 390 N. Broadway - Ste. 140 Jericho, New York 11753
**Dallas  |  New York  |  Naples**




The Basile Law Firm ("TBLF") has sent you this email communication and it is not to be reproduced and/or distributed to anyone else other than the intended recipient.  The information in this email is considered extremely confidential, it may be legally privileged, and it may contain material non-public information regarding the public company or companies mentioned herein.  The information contained herein is deemed to be taken from reliable sources although no guarantee can be made that the information herein is completely accurate or correct.  It is intended solely for the addressee.  Access to this email by anyone else is unauthorized. If you are

not the intended recipient, any disclosure, copying, distribution or any action taken in reliance upon it is strictly prohibited and may be unlawful. Interception of this email is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709.  The information contained herein or any attachment contained herein does not constitute any kind of research report nor is it a recommendation to buy or sell any security mentioned herein whatsoever, and as such, it should not be construed to contain any research report analysis whatsoever.  This email may contain forward looking statements.  Any unlawful trading of a company's publicly-traded stock mentioned herein on the recipient's behalf as a result of reading and reviewing the confidential information may be considered "insider trading" by the SEC and/or FINRA, and therefore; TBLF is not responsible for any such actions taken on behalf of the recipient. Past performance is not a guarantee of future results. Any information provided is for informational purposes only and does not constitute a recommendation. This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this message in error, please contact the sender immediately and delete the material from your computer

# EXHIBIT 3

**From:** Joe Rose joe@thebasilelawfirm.com
**Subject:** Genius Group Limited v. LZG International, Inc. et. al. - Appeal No. 25-630: Notice of Motion for Leave to File Under Seal and Motion to Dismiss Respondents-Appellees for Mootness
**Date:** August 12, 2025 at 11:29 AM
**To:** peter.ritz@fatbrain.io
**Cc:** Mark R. Basile, Esq. mark@thebasilelawfirm.com

Mr. Ritz,

Our office represents Petitioner-Appellant Genius Group Limited in the matter before the United States Court of Appeals for the Second Circuit titled *Genius Group Limited v. LZG International, Inc., et. al.*, Appeal No. 25-630. This correspondence provides you notice of the filing of Genius Group Limited's Motion for Leave to File its Motion to Dismiss Respondents-Appellees Michael Thomas Moe and Peter Ritz under Seal. Please see the attached documents which contain true, correct and unredacted copies of Petitioner-Appellant's Motion for Leave to File Under Seal, Motion to Dismiss Respondents-Appellees Peter Ritz and Michael Thomas Moe for Mootness and the exhibits attached thereto.

Thank you,

Joseph F. Rose, Esq.



Genius v. LZG - Motion for Leave to File Under Seal (FINAL).pdf

Genius v. LZG - Motion to Dismiss (FINAL).pdf
673 KB

Exhibits to Petitioner-Appellant's Motion to Dismiss

_____

--
**Joseph F. Rose, Esq.** | Attorney | The Basile Law Firm P.C.
Main: 516-455-1500 | Direct: 516-455-1500; Ext. 116 | Fax: 631-498-0478
E-mail: joe@thebasilelawfirm.com | LinkedIn | Website: www.thebasilelawfirm.com
New York Office: 390 N. Broadway - Ste. 140 Jericho, New York 11753
**Dallas | New York | Naples**




The Basile Law Firm ("TBLF") has sent you this email communication and it is not to be reproduced and/or distributed to anyone else other than the intended recipient. The information in this email is considered extremely confidential, it may be legally privileged, and it may contain material non-public information regarding the public company or companies mentioned herein. The information contained herein is deemed to be taken from reliable sources although no guarantee can be made that the information herein is completely accurate or correct. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken in reliance upon it is strictly

prohibited and may be unlawful. Interception of this email is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709.  The information contained herein or any attachment contained herein does not constitute any kind of research report nor is it a recommendation to buy or sell any security mentioned herein whatsoever, and as such, it should not be construed to contain any research report analysis whatsoever.  This email may contain forward looking statements.  Any unlawful trading of a company's publicly-traded stock mentioned herein on the recipient's behalf as a result of reading and reviewing the confidential information may be considered "insider trading" by the SEC and/or FINRA, and therefore; TBLF is not responsible for any such actions taken on behalf of the recipient. Past performance is not a guarantee of future results. Any information provided is for informational purposes only and does not constitute a recommendation. This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this message in error, please contact the sender immediately and delete the material from your computer